# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

National Immigrant Justice Center

                        Plaintiff,

v.

                        Case No.: 1:18−cv−04244

                        Honorable Robert M. Dow Jr.

United States Department of Homeland Security, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 20, 2018:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 12/20/2018 and continued to 2/14/2019 at 9:00 a.m. Joint status Report due by 2/12/2019. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.